United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15426-mdc |
| Kimberly A. Bryant | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Bryant, 3317 N. 22nd Street, Philadelphia, PA 19140-4703 |
| 14381736 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14381718 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 17 2023 23:38:00 | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14408433 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 17 2023 23:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14381725 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:38:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14395887 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:38:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14381726 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:38:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14381727 | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14381728 | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14381719 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:40:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14401585 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 23:40:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14381721 | + | Email/Text: ecf@ccpclaw.com | Nov 17 2023 23:38:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14381723 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:40 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14418920 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14381724 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-15426-mdc  Doc 32  Filed 11/19/23  Entered 11/20/23 00:37:37  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2023 23:58:26 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14381729 | + | Email/Text: bankruptcy@philapark.org | Nov 17 2023 23:40:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14381730 | | Email/Text: mrdiscen@discover.com | Nov 17 2023 23:38:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14384483 | | Email/Text: mrdiscen@discover.com | Nov 17 2023 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14381732 | | Email/Text: bankruptcycourts@equifax.com | Nov 17 2023 23:39:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14381733 | ^ | MEBN | Nov 17 2023 23:35:12 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14381734 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 17 2023 23:38:00 | HSBC Bank, HSBC Card Srvs/Attn: Bankruptcy, PO Box2013, Buffalo, NY 14240-2013 |
| 14381735 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2023 23:39:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14381720 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 17 2023 23:58:26 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14392141 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 17 2023 23:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14413845 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:40:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14419288 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:40:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14381739 | + | Email/Text: bankruptcy@philapark.org | Nov 17 2023 23:40:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14382620 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:58:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14381740 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:58:57 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14381741 | | Email/Text: DASPUBREC@transunion.com | Nov 17 2023 23:38:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14392319 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 17 2023 23:39:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14381731 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 17 2023 23:39:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14381722 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kimberly A. Bryant mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kimberly A. Bryant
        Debtor(s)

Case No: 19−15426−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/17/23